| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Aaron Belzer, Esq. (State Bar No. 238901)<br>E-mail: abelzer@seyfarth.com |
| 3 | 2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067-3021 |
| 4 | Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| 5 | Attorneys for Defendant |
| 6 | Fidelity Workplace Services, LLC (incorrectly identified as "Fidelity Investments") |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA|

# SACRAMENTO DIVISION

| | |
|---|---|
| DELORES CONCEPCION, ESTATE OF NANCY TOBIAS,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FIDELITY INVESTMENTS, and DOES 1-10,<br><br>　　　　　　　Defendants. | CASE NO. 2:18-CV-01561-JAM-KJN<br><br>**ORDER REGARDING DEFENDANT FIDELITY'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[LR 144(c)] |

Having considered Defendant Fidelity Workplace Services, LLC's *Ex Parte* Motion for Extension of Time to Respond to Plaintiff's Complaint, the Court hereby ORDERS:

Good cause exists to grant Defendant's requested extension of time to respond to Plaintiffs' complaint. Therefore, Defendant's *Ex Parte* Motion is GRANTED. Defendant's response to Plaintiff's complaint shall be filed and served on or before July 3, 2018.

///

///

**IT IS SO ORDERED:**

DATED: 6/4/18

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge