UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES CONCEPCION, ESTATE OF NANCY TOBIAS,<br><br>              Plaintiff,<br><br>    v.<br><br>FIDELITY INVESTMENTS, and DOES 1-10,<br><br>              Defendants. | Case No. 2:18-CV-01561 JAM-KJN<br><br>**<u>RELATED CASE ORDER</u>** |
| DOLORES CONCEPCION, IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF NANCY TOBIAS, AS AN INTERESTED PARTY,<br><br>              Plaintiff,<br><br>    v.<br><br>FIDELITY INVESTMENTS, and DOES 1-10,<br><br>              Defendants. | Case No. 2:18-CV-02056 TLN-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for

the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:18-CV-02056 TLN-EFB be reassigned to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:18-CV-02056 JAM-KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: July 31, 2018        /s/ John A. Mendez\
                                  JOHN A. MENDEZ\
                                  United States District Court Judge