LAW OFFICES OF JON A DeRONDE, JR.
John A. DeRonde, Jr. CFLS (SBN 59289)
E-mail: derondelaw@sbcglobal.net
416 Merganser Place
Davis, CA 95616
Telephone:     (707) 631-8700
Facsimile:     (707) 756-1446

Attorney for Plaintiffs
DELORES CONCEPCION; and
ESTATE OF NANCY TOBIAS


SEYFARTH SHAW LLP
Aaron Belzer, Esq. (State Bar No. 238901)
E-mail:  abelzer@seyfarth.com
Julie M. Kamps (*admitted pro hac vice*)
Email: jkamps@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219


Attorneys for Defendant
FIDELITY WORKPLACE SERVICES, LLC
(incorrectly identified as "Fidelity Investments")

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA|

## SACRAMENTO DIVISION

| | |
|---|---|
| DELORES CONCEPCION; ESTATE OF NANCY TOBIAS, <br><br>                   Plaintiffs, <br><br>      vs. <br><br> FIDELITY INVESTMENTS, and DOES 1-10, <br><br>               Defendants. | CASE NO. 2:18-CV-01561-JAM-KJN <br><br> **JOINT STIPULATION TO CONTINUE HEARING DATE ON:** <br><br> **(1) DEFENDANT'S MOTION TO DISMISS** <br> **(2) PLAINTIFF'S MOTION TO REMAND** <br><br> **[L.R. 230(f); L.R. 143]** |

**WHEREAS,** on July 24, 2018 Defendant Fidelity Workplace Services, LLC (incorrectly named Fidelity Investments)("Defendant") filed a Motion to Dismiss Plaintiff's Complaint, and noticed the Motion for hearing on October 2, 2018 (Dkt. #10);

**WHEREAS,** on July 30, 2018, Plaintiff Delores Concepcion filed a Motion to Remand, and also noticed the Motion for hearing on October 2, 2018 (Dkt. #15);

**WHEREAS,** Plaintiffs' counsel will be out of town between September 27, 2018 and October 10, 2018 and unavailable to appear at the hearing on the pending motions;

**WHEREAS**, the Parties have met and conferred in good faith, and have agreed to continue the hearing on Defendants' Motion to Dismiss and Plaintiff's Motion to Remand;

**NOW THEREFORE,** the Parties, by and through their counsel, stipulate to continue the hearing on the motions to October 16, 2018, or as soon thereafter as the Court may hear the motions, with any oppositions or replies to be filed and served per the Local Rules and in accordance with the new hearing date.

**IT IS SO STIPULATED.**

DATED: August 24, 2018                  SEYFARTH SHAW LLP


By: _/s/ Aaron Belzer_
           Destiny Brown

Attorneys for Defendant
FIDELITY WORKPLACE SERVICES, LLC

DATED: August 24, 2018                  LAW OFFICES OF JOHN A. DERONDE, JR.


By: _/s/ John A. DeRonde, Jr. (*with consent*)_
           John A. DeRonde, Jr.

Attorneys for Plaintiffs
DELORES CONCEPCION and
THE ESTATE OF NANCY TOBIAS

Pursuant to Local Rule 131(e), counsel for Plaintiffs has authorized submission of this document on his behalf.

**ORDER**

The Court, having reviewed the foregoing Stipulation to Continue the Hearing on Defendant's Motion to Dismiss and Plaintiff's Motion to Remand, and good cause appearing, hereby orders that:

1.   Defendant's Motion to Dismiss will be heard on **October 16, 2018** at 1:30 p.m.;

2.   Plaintiffs' Motion to Remand will be heard on **October 16, 2018** at 1:30 p.m.;

3.   Any opposition or replies to the Motions will be filed and served per the Local Rules and in accordance with the new hearing date.

**IT IS SO ORDERED**

DATED: __8/27/2018_____          _____/s/ John A. Mendez_____
                                                                        Hon. John A. Mendez
                                                                        United States District Court Judge